**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

EASTERN CONNECTION MOVERS, CO.,
d/b/a STEDDON STROUSE,

        Plaintiff,

vs.                                                     Case No. 3:07-mc-43-J-32HTS

FLORIDA DEPARTMENT OF
TRANSPORTATION, OFFICE OF MOTOR
CARRIER COMPLIANCE,

        Defendant.

---

**ORDER**[1]

This case is before the Court on pro se plaintiff's Motion for Emergency Injunction and attachments thereto (Doc. 1). Upon careful review, the Court finds that plaintiff's motion fails to demonstrate that irreparable injury to plaintiff is so imminent that notice and a hearing is impracticable or impossible. Therefore, to the extent plaintiff is seeking a temporary restraining order, such relief is denied pursuant to Fed.R.Civ.P 65(b) and Local Rule 4.05. Moreover, the Court cannot discern from plaintiff's papers any basis upon which this federal court could exercise subject matter jurisdiction over this matter. Thus, to the extent plaintiff is seeking a preliminary injunction, such relief is also denied as the motion fails to meet the four-part standard required to secure such relief. See Siegel v. LePore, 234 F.3d 1163, 1176 (11th Cir. 2000) (en banc); Fed.R.Civ.P. 65(a); Local Rule 4.06. The Court suggests

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

that plaintiff contact the defendant to attempt to resolve this matter or, if such avenue is not successful, that he file appropriate papers with a state court having jurisdiction over these issues.

Accordingly, it is hereby

**ORDERED**:

Plaintiff's Motion for Emergency Injunction (Doc. 1) is **DENIED**. The Clerk shall close this file.

**DONE AND ORDERED** at Jacksonville, Florida this 10th day of October, 2007.

VIRGINIA M. HERNANDEZ COVINGTON
United States District Judge

s.
Copies:

pro se plaintiff

2